United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ABEL V. ONTIVEROS, et al.,<br><br>Defendants. | Case No. 19-cv-05732-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 18 |

Before the Court is Plaintiff G & G Closed Circuit Events, LLC's motion to strike Defendants' affirmative defenses. ECF No. 18. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for January 29, 2020, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: January 22, 2020



JON S. TIGAR
United States District Judge